## **STATEMENT OF FACTS**

Special Agents of the Federal Bureau of Investigation ("FBI") became aware of an Instagram page for "Pak Religious LLC" which was fraudulently advertising itself as a licensed medical marijuana dispensary within the District of Columbia. Through its investigation, Special agents identified the owner and operator of "Pak Religious LLC" as Defendant TERRON DEMISE BARNES ("BARNES"). Special Agents reviewed publicly available Instagram posts showing BARNES with large amounts of marijuana, as well as multiple firearms. Specifically, Special agents observed multiple images, separately depicting BARNES posing with large clear plastic bags, appearing to contain approximately one pound of marijuana each, an AR-Style Pistol, and a semi-automatic handgun fitted with an extended magazine and a laser sight.

A review of BARNES' criminal history shows that BARNES is a convicted felon and, consequently, unable to lawfully possess firearms or own/operate a licensed medical marijuana dispensary in the District of Columbia. Specifically, on December 12, 2007, BARNES was convicted of Assault with Significant Bodily Injury in D.C. Superior Court and sentenced to 18 months' imprisonment, followed by three years' supervised release. On March 30, 2009, BARNES was convicted of USCA Distribution of Cocaine in D.C. Superior Court and sentenced to 20 months' imprisonment, followed by 5 years' supervised release.

On July 1, 2020, United States Magistrate Judge Deborah A. Robinson signed search warrant 20-SW-163, authorizing the search of BARNES' apartment, located at 100 K. Street NE, Apartment 605, Washington, D.C. On July 2, 2020, at approximately 7:56 a.m., Special Agents of the FBI and Bureau of Alcohol, Tobacco and Firearms ("ATF") executed search warrant 20-SW-163 at that address. After knocking on the door and announcing their presence as "Police" and waiting a reasonable amount of time, they again knocked on the door, announced "Police" and waited an additional reasonable amount of time. Special Agents were able to hear movement in the apartment, but no one was opening the door.

Special Agents then executed a manual breach utilizing a ram, and upon the door opening encountered Defendant BARNES standing in the vicinity of the door. BARNES was handcuffed and taken into custody without incident. Special Agents executed a security sweep of the apartment and discovered a female in the master bedroom. After identifying the female, Special Agents allowed her to collect her belongings and leave the apartment. Special Agents notified MPD Detective Manuel Gaffney that BARNES had been taken into custody, and Detective Gaffney responded to the location and arrested BARNES based on a Domestic Violence incident (CCN 20-072491).

In the master bedroom, Special Agents observed men's clothing, personal effects, and cellular telephones, all later identified as belonging to BARNES. The master bedroom contained a single mattress on the floor and, upon lifting the mattress, Special Agents observed a Spikes Tactical AR-Style Pistol with an extended magazine on the floor. The AR-Style Pistol was determined to be unloaded. The AR-Style Pistol located in BARNES' apartment is visually consistent with the AR-Style Pistol observed on BARNES' Instagram page.

On the floor beside the right bedside end table, officers discovered a garment wrapped around another object. Special Agents inspected the garment and discovered a Glock, model 23, .40 caliber semi-automatic handgun fitted with both an extended magazine capable of holding twenty-two (22) rounds of ammunition and a laser sight. The Glock handgun was loaded with one round in the chamber and nineteen (19) rounds in the extended magazine. The Glock handgun seized from BARNES' apartment is visually consistent with the handgun observed on BARNES' Instagram page.

In the closet of the master bedroom Special Agents located a grey suitcase containing four bags of marijuana, each bag weighing approximately one pound. Special Agents also recovered smaller bags of marijuana, and other THC products, from various locations in the apartment. In total, Special Agents seized approximately 11,328.5 grams of marijuana/THC products from the apartment. All of the marijuana and THC products were inspected by an ATF Special Agent who has specialized training and experience in marijuana distribution, as well as training in the appearance, packing, and distribution of THC products such as marijuana edibles and THC tablets. This Special Agent confirmed that the suspected marijuana was all consistent in size, shape physical appearance, and odor with marijuana. This Special Agent also confirmed that the suspected THC products were all consistent in appearance and packaging with known THC products, and that some items included labeling which denoted the products as containing THC. This Special Agent confirmed that the quantity of marijuana and THC products in BARNES' apartment is consistent with distribution of those substances, rather than mere possession for personal use.

In addition to the marijuana/THC products, Special Agents seized 52 prescription pills that were not in BARNES' name, six bottles of Promethazine with Codeine, and 100 rounds of assorted ammunition, to include .40 caliber ammunition that would fit the Glock 23, as well as 9mm and .45 caliber ammunition (for which no matching firearms were recovered). Special Agents also seized three ledger books detailing amounts and types of marijuana sales conducted by BARNES through his fraudulent dispensary operation.

Through my training and experience, I know that persons who distribute drugs often possess and carry firearms in general. Narcotics trafficking is a lucrative business, and a mostly cash business, and thus, drug dealers are often susceptible to robberies and other associated violent crimes. Dealers often carry weapons, to include firearms, to protect themselves, their narcotics, and their assets. Dealers will also often possess firearms near or around their residences to protect similar aspects of the illegal business. Both the Glock handgun and the AR-Pistol were stored in a way that they would be easily accessible to BARNES in order to defend himself, his marijuana, and/or his proceeds from marijuana distribution.

_____
SPECIAL AGENT JOSHUA B. ROTHMAN
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of July, 2020.*

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE