AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>TERRON DEMISE BARNES<br>DOB:    PDID:<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>)<br>) |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2, 2020__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribute, or possess with the intent to distribute, a controlled substance. |
| 18 U.S.C. § 922(g)(1) | Possession of a firearm and ammunition by a person who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year. |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of a drug trafficking crime. |

This criminal complaint is based on these facts:

See Attached Statement of Facts

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua B. Rothman, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: _____

*Judge's signature*

City and state:   Washington, D.C.   Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*